# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**THE ANDERSONS, INC.,**
       **Plaintiff,**

    vs.                                               Case Number:   **09-2060**

**FALL GRAIN, INC.,**
       **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**   that judgment is entered in favor of the Plaintiff..  The Arbitrator's Award in the amount of $3,557.50  plus interest to accrue at the statutory rate from January 30, 2009 until paid in full, is confirmed.  Judgment is entered in accordance with this order.  Plaintiff is also allowed to recover the arbitration fees of not less than $10,000.   Plaintiff is entitled to recover the attorneys fees and costs incurred herein from Defendant in the amount of $11,354.88 total.

                                                    ENTER this 18th  day of August, 2009.

                                                    s/Pamela E. Robinson
                                                    _____
                                                    PAMELA E. ROBINSON, CLERK

                                                    s/S. Johnson
                                                    _____
                                                    BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case